**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 4:07-MJ-00036** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ANTHONY OLOANS, et al** | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Now comes the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and files an entry of appearance for Patricia G. Rhodes in the above-captioned matter. The undersigned requests to receive notice for all future pleadings, notices and correspondence.

Respectfully submitted, this 3rd day of September 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Patricia G. Rhodes***
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No.: 307288
P.O. Box 2017
Augusta, GA 30903
(706) 724-0517
patricia.rhodes@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 3rd day of September 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Patricia G. Rhodes***
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No.: 307288
P.O. Box 2017
Augusta, GA 30903
(706) 724-0517
patricia.rhodes@usdoj.gov